[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-13217
Non-Argument Calendar
_____

D.C. Docket No. 1:12-cv-00702-CG-M

21ST CENTURY INSURANCE COMPANY,

Plaintiff-Appellee,

versus

AMANDA TAYLOR,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

(December 4, 2013)

Before HULL, HILL, and FAY, Circuit Judges.

PER CURIAM:

Having reviewed the record and considered the arguments of the parties in their respective briefs, we affirm the district court in all respects related to this appeal for the reasons stated by the district court.

**AFFIRMED.**